# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ANTOINE D. MACKLIN

**FILED**
MAR - 3 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-MJ-6009

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 1, 2008 in Peoria county, in the Central District of Illinois the defendant, (Track Statutory Language of Offense) knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(A)

I further state that I am a(n) DEA Task Force Officer and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/ Officer

Signature of Complainant
Loren Marion III
DEA Task Force Officer

Sworn to before me and subscribed in my presence,

3-3-08   at   Peoria, Illinois
Date                  City and State

s/ John A. Gorman

JOHN A. GORMAN
United States Magistrate Judge
Name & Title of Judicial Officer

# AFFIDAVIT IN SUPPORT OF COMPLAINT

Your Affiant, Loren Marion III, is a Police Officer employed by the City of Peoria. Your Affiant has been so employed since October 3, 1994. Your Affiant is currently assigned to the Special Investigations Division/ Vice and Narcotics Unit (S.I.D.). Your Affiant has been assigned to the S.I.D. Unit since January 2001. Your Affiant is also a Task Force Officer with the Drug Enforcement Administration- Springfield, IL. Resident Office, stationed in Peoria, Illinois. Your Affiant has been assigned as a Task Force Officer since March 7, 2006. During the course of your Affiant's law enforcement experience, your Affiant has received extensive training for investigations of narcotics violations, including but not limited to, a 40 hour Basic Narcotics Investigation course held at Fort Leonard Wood, MO. in 2001. In addition, your Affiant has also participated in numerous arrests and seizures.

1. This affidavit is made in support of an application for an arrest warrant for Antoine D. MACKLIN. The unlawful activities are the possession with intent to distribute more than fifty grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a) (1) and (b) (1) (A).

2. Your Affiant is familiar with the following facts based upon personal observations and information officially supplied to your Affiant by other law enforcement agents.

3. Information was received that drug trafficking was occurring at 1809 N. Machin, Peoria, Il. One of the suspects in the case was Ryan SCOTT. An investigation was conducted and enough information was gathered to prepare a complaint for search warrant and search warrant for Ryan D. SCOTT and 1809 N. Machin, Peoria, Il. These documents were reviewed and signed by Judge G. Collier.

4. On March 01, 2008, members of the Peoria Police Department's Special Investigations Division, Vice/Narcotics Unit (S.I.D.) executed the search warrant at 1809 N. Machin, Peoria, Illinois.

5. When the entry team reached the front door, your Affiant pounded on the front door. While pounding on the front door, your Affiant announced in a loud voice, "Police, search warrant!". After approximately 15 seconds, no one answered the door, therefore,

Officer Barisch used the ram and forced the door open. Entry was then made into the residence with Officers continuously announcing, "Police, search warrant". When Officers entered the residence, a black male named Sedrick MORRIS was seated on the couch in the living room, a black female named Cytella APPLEBERRY and a black male named Antoine D. MACKLIN were in the kitchen. All three individuals were detained by being handcuffed. Located in plain view on a small coffee table in the living room was a small piece of a plastic sandwich bag containing an off white rock like substance suspected of being crack cocaine, a small piece of a plastic sandwich bag containing a green leafy substance suspected of being cannabis, and a small digital scale. Due to the illegal drugs in plain view, all three individuals were transported to the Peoria Police Department so they could be interviewed. The suspected crack cocaine was later collected, weighed, and tested with the VALTOX test kit by Officer Barisch. The weight was 27.6 grams without packaging and the test was positive by color for the presence of cocaine. The suspected cannabis was later collected, weighed, and tested with the VALTOX test kit by Officer Barisch. The weight was 2.5 grams with packaging and the test was positive by color for the presence of THC. SCOTT was not present at the residence.

6. In addition to the aforementioned items that were in plain view on the coffee table, Officers also located a plastic sandwich bag containing four individually packaged knotted pieces of plastic containing an off white rock like substance suspected of being crack cocaine, $5,500.00 in U.S. currency, several pieces of mail addressed to MACKLIN at 1809 N. Machin, dry cleaning receipts in MACKLIN'S name, and a small piece of plastic containing a green leafy substance suspected of being cannabis. The plastic sandwich bag containing the four individually packaged knotted pieces of plastic that contained suspected crack cocaine was later collected by Officer Barisch. Officer Barisch weighed and tested the suspected crack cocaine. The total weight of the suspected crack cocaine from the four individually packaged knotted pieces of plastic was 112.3 grams without packaging and the test was positive by color for the presence of cocaine.

7. After the search was completed at the residence, your Affiant and Officer Miller went to the Peoria Police Department to interview

MACKLIN. At approximately 4:46 p.m. Officer Miller read MACKLIN a copy of the search warrant. As soon as Officer Miller read MACKLIN the search warrant, MACKLIN spontaneously stated, "Man it's all mine." At approximately 4:48 p.m. Officer Miller read MACKLIN the Miranda Warning from a Miranda Waiver Form. After being read the Miranda Warning, MACKLIN agreed to talk with the Officers. MACKLIN also signed a Miranda Waiver form.

8. During the interview, MACKLIN stated that he lived at 1809 N. Machin with his girlfriend, Cytella APPLEBERRY. MACKLIN stated that the 139.9 grams of suspected crack cocaine was his. MACKLIN stated that about one week ago he got "fronted" (street term for getting the drugs then paying for them later) about nine ounces of crack cocaine. MACKLIN said that he sold two or three ounces from the nine ounces. MACKLIN stated that he sales ounces of crack cocaine for $900.00. MACKLIN stated that since around January of 2008, he got nine ounces of crack cocaine 1-2 times a month. MACKLIN refused to talk about anyone else.

9. Based on the information in this affidavit, your Affiant requests the issuance of an arrest warrant for Antoine D. MACKLIN.

s/ Officer

Task Force Officer Loren Marion III
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

March 3, 2008
s/ John A. Gorman

United States Magistrate Judge
Peoria, Illinois