E-FILED
Tuesday, 18 March, 2008 02:07:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal No. 08-10012 |
| ANTOINE D. MACKLIN, | ) | VIO: 21 U.S.C. §841(a)(1) and (b)(1)(A) |
| Defendant. | ) | |

FILED
MAR 18 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

The Grand Jury charges:

On or about March 1, 2008, in Peoria County, within the Central District of Illinois, the defendant,

**ANTOINE D. MACKLIN**

knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of 21 U.S.C. §841(a)(1) and §841(b)(1)(A).

A True Bill.

s/ Foreperson

s/ Assistant U.S. Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

BWM/ksr