E-FILED
Thursday, 20 March, 2008  03:45:50 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|    Plaintiff | ) |
| | ) |
| | )   CASE NO. **08-10012** |
| | ) |
| **Antoine D Macklin** | ) |
|    Defendant | ) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:00 a.m.** on **Friday, May 2, 2008**.

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, May 12, 2008**

at

[X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 20th day of March , 2007

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE