# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

2008 MAR -3 A 11: 20

UNITED STATES OF AMERICA

vs.

ANTOINE D. MACKLIN

**WARRANT FOR ARREST**

CASE NO. 08-MJ-6009
08-10012

US MARSHAL SERVICE

FILED
MAR 2 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ___ANTOINE D. MACKLIN___, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with possession of more than fifty (50) grams of

a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title _____21_____ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__

_____John A. Gorman_____          _____United States Magistrate Judge_____
Name of Issuing Officer                                Title of Issuing Officer
        s/ John A. Gorman

                                                      ___3-3-08___    ___Peoria, Illinois___
Signature of Issuing Officer                          Date and Location

Bail fixed at $ __No Bond -Detention Requested__ by __John A. Gorman, United States Magistrate Judge__
                                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| Date Received 03/03/08 | Name of Arresting Officer  Loren Hollis | Signature of Arresting Officer |
| Date of Arrest 03/01/08 | Title of Arresting Officer  DEA | [signature] |