IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-10012 |
| ) | |
| ANTOINE D. MACKLIN, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Kirk Schoenbein, Assistant United States Attorney, enters his appearance to this Court as counsel to represent the United States for the above-named case.

Respectfully submitted,

RODGER A. HEATON
United States Attorney


s/ Kirk Schoenbein
Kirk Schoenbein, IL Bar No. 6197033
Attorney for Plaintiff
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Karl Bryning, Assistant Federal Pubic Defender.

                                              **s/:  Kim Ritthaler**
                                              Legal Assistant