IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08-10012 |
| ) | |
| ANTOINE D. MACKLIN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTION**

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Kirk Schoenbein, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Antoine D. Macklin, and his counsel, Karl Bryning, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug conviction:

| | | | |
|---|---|---|---|
| 02/07/03 | Peoria County | 02-CF-651 | Unlawful Delivery of a Controlled Substance |

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/:  Kirk Schoenbein**
KIRK SCHOENBEIN
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Karl Bryning, Assistant Federal Pubic Defender.

s/:  Kim Ritthaler
Legal Assistant