IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-10012 |
| ANTOINE D. MACKLIN | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO INTRODUCE EVIDENCE OF OTHER CRIMES COMMITTED BY THE DEFENDANT PURSUANT TO FED. R. EVID. 404(b)**

NOW COMES the United States of America through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Kirk D. Schoenbein, Assistant United States Attorney, and, pursuant to Fed. R. Evid. 404 (b) provides notice of its intent to introduce at the trial of this cause evidence of other crimes committed by the Defendant as set forth below:

1.    The Government intends to introduce evidence of the Defendant's commission and evidence of the Defendant's conviction for the offense of Unlawful Possession of a Controlled Substance with the Intent to Deliver in Peoria County case 02 CF 651 on the issues of the Defendant's knowledge and intent to deliver in this cause.

1

2. The Government intends to introduce evidence of the Defendant's commission of and evidence of the Defendant's conviction for the offense of Aggravated Battery in Peoria County case 03 CF 207 to rebut any testimony, assertion or claim by Cyetella Appleberry that she possessed the drugs in this case to the exclusion of the Defendant and without the Defendant's knowledge.

3. That this notice pursuant to Fed. R. Evid. 404 (b) does not exclude the Government from seeking to introduce said convictions pursuant to Fed. R. Evid. 609 for impeachment should the Defendant testify.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/: Kirk Schoenbein
Kirk Schoenbein
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Tel: 309-671-7163
Fax: 309-671-7259
E-mail: kirk.schoenbein@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on April 7, 2008, I filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will cause a notice and a copy of the foregoing to be sent to Karl Bryning, Assistant Federal Public Defender.

                                                    s/: Kim Ritthaler
                                                   Legal Assistant