E-FILED
Thursday, 10 April, 2008  04:38:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 08-10012 |
| | ) |
| ANTOINE MACKLIN, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

Now comes Karl W. Bryning, Assistant Federal Public Defender, and the Office of the Federal Public Defender for the Central District of Illinois and move this Honorable Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant in the above-entitled cause on the ground that the undersigned counsel have a conflict of interest in representing the Defendant based upon counsels' representation of another party in another case. Counsel requests an in camera hearing, outside the presence of the Government, to provide further information in support of this motion.

RICHARD H. PARSONS
Chief Federal Public Defender

s/ Karl W. Bryning

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Kirk Shoenbein, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

                      s/ Karl W. Bryning

                      Karl W. Bryning
                      Assistant Federal Public Defender
                      Attorney for Defendant
                      401 Main Street, Suite 1500
                      Peoria, Illinois 61602
                      Phone: 309/671-7891
                      FAX: 309/671-7898
                      Email: karl_bryning@fd.org